OLIVERIO GIANNOTTI et al., Respondents, *v.* WILLIAM PETERS, Defendant, and CITY OF NEW YORK, Appellant.

Argued February 24, 1955; decided April 21, 1955.

*Seymour B. Quel* and *Samuel D. Johnson* for appellant.
*Milton H. Spiero* and *Robert H. Kilroe* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ. Taking no part: Burke, J.